```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE 2014 AVON PRODUCTS, INC. ERISA                        :
LITIGATION                                                  :      14 Civ. 10083 (LGS)
                                                            :
                                                            :      ORDER
                                                            :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/1/16

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated January 11, 2016, the stay in this case was extended through February 29, 2016, to permit the parties additional time to participate in mediation and/or settlement;

WHEREAS, on February 29, 2016, Named Plaintiffs filed a motion for preliminary approval of a class action settlement in this matter; it is hereby

**ORDERED** that the stay in this case is lifted. It is further

**ORDERED** that a hearing concerning the motion for preliminary approval will be held on **April 12, 2016, at 10:50 a.m.** in Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: March 1, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**